UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REO Trust 2014-1

**Order Filed on September 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-19306 MBK

In Re:
    Denis M. McKeown, Grace McKeown ,

Debtor.

Adv. No.:

Hearing Date:  8/28/18 @ 9:00 a.m.

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 26, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtor: Denis M. McKeown, Grace McKeown
Case No: 17-19306 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REO Trust 2014-1, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1463 Jacqueline Avenue, Brick, NJ, 08724, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Thomas Archer, Esq., and Brad J. Spiller, Esq attorneys for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of September 13, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2018 through September 2018 for a total post-petition default of $14,278.41 (8 @ $1,786.49 less $13.51 in suspense); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $14,278.41 will be paid by Debtor remitting $2,379.00 per month for five months and $2,383.41 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on October 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2018, directly to Secured Creditor's servicer, Selene Finance, LP, 9990 Richmond Avenue, Suite 400 South, Houston TX 77042 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Denis M. McKeown
Grace McKeown
    Debtors

Case No. 17-19306-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 26, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db/jdb         +Denis M. McKeown,   Grace McKeown,   1463 Jacqueline Ave,   Brick, NJ 08724-4204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
           Andrew Thomas Archer    on behalf of Debtor Denis M. McKeown aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
           Andrew Thomas Archer     on behalf of Joint Debtor Grace   McKeown aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
           Brad J. Spiller     on behalf of Debtor Denis M. McKeown bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
           Brad J. Spiller     on behalf of Joint Debtor Grace   McKeown bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
           Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
           CAPACITY BUT SOLELY AS TRUSTEE OF SW REO TRUST 2014-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
           INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REO TRUST 2014-1 rsolarz@kmllawgroup.com
           Steven P. Kelly     on behalf of Creditor    U.S. Bank National Association
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                       TOTAL: 10