Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19306−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Denis M. McKeown
1463 Jacqueline Ave
Brick, NJ 08724

Grace McKeown
1463 Jacqueline Ave
Brick, NJ 08724

Social Security No.:
xxx−xx−1685

xxx−xx−3719

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 23, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 24, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19306-MBK
Denis M. McKeown                                                          Chapter 13
Grace McKeown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 24, 2019
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
```
db/jdb         +Denis M. McKeown,   Grace McKeown,   1463 Jacqueline Ave,   Brick, NJ 08724-4204
aty            +McCabe, Weisberg & Conway PC,   216 Haddon Avenue,   Ste 406,   Westmont, NJ 08108-2812
lm              Selene Finance,   9990 Richmand Ave, St 400 South,   Houston, TX  77042
cr             +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVID,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +U.S. Bank National Association,   Stern & Eisenberg, PC,   1040 North Kings Highway,
                 Suite 407,   Cherry Hill, NJ 08034-1925
516810691      +Ccs/bryant State Bank,   Attn: Bankruptcy,   Po Box 215,   Bryant, SD 57221-0215
516810693      +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
516810694      +First Savings Credit Card,   Po Box 5019,   Sioux Falls, SD 57117-5019
516810695      +First Svgs Bk-blaze,   Po Box 5096,   Sioux Falls, SD 57117-5096
516810696       Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
516810704      +Mnet Fin Inc,   95 Argonaut,   Aliso Viejo, CA 92656-4133
516810707      +Traf Group Inc/A-1 Collections,   2297 St Hwy 33,   Ste 906,   Hamilton Square, NJ 08690-1717
517199518      +U.S. Bank National Association,   c/o Marinosci Law Group, P.C.,   ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,   Fort Lauderdale, FL 33309-2191
517181016      +US Bank,   Att: Christopher Baxter,   14643 Dallas Parkway Ste 750,   Dallas, TX 75254-8884
516810709      +US Bank National Association,   Attn: McCabe, Weisberg & Conway, PC,   216 Haddon Ave, Ste 201,
                 Westmont, NJ 08108-2818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 23:37:17      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 23:37:13      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516810688      +EDI: CAPITALONE.COM Jan 25 2019 04:13:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516966594       EDI: BL-BECKET.COM Jan 25 2019 04:13:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517081148      +E-mail/Text: bankruptcy@cavps.com Jan 24 2019 23:37:32      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
516810692      +EDI: WFNNB.COM Jan 25 2019 04:13:00      Comenity Bank,   Po Box 182125,
                 Columbus, OH 43218-2125
516995300       EDI: IRS.COM Jan 25 2019 04:13:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia PA 19101-7346
516810701      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 24 2019 23:38:11
                 Jh Portfolio Debt Equities LLc,   5757 Phantom Dr Ste 225,   Hazelwood, MO 63042-2429
516810702      +EDI: CBSKOHLS.COM Jan 25 2019 04:13:00      Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
516810703      +EDI: MID8.COM Jan 25 2019 04:13:00      Midland Funding,   Attn: Bankruptcy,   Po Box 939069,
                 San Diego, CA 92193-9069
517087491       EDI: PRA.COM Jan 25 2019 04:13:00      Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
517079963       EDI: PRA.COM Jan 25 2019 04:13:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,   POB 41067,   Norfolk VA 23541
517057824      +EDI: JEFFERSONCAP.COM Jan 25 2019 04:13:00      Premier Bankcard, LLC,
                 Jefferson Capital Systems, LLC Assignee,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
517053277       EDI: Q3G.COM Jan 25 2019 04:13:00      Quantum3 Group LLC as agent for,
                 JH Portfolio Debt Equities LLC,   PO Box 788,   Kirkland, WA  98083-0788
516911008       EDI: Q3G.COM Jan 25 2019 04:13:00      Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
516810705      +E-mail/Text: bankruptcy@savit.com Jan 24 2019 23:38:01      Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
516810706      +E-mail/Text: bkteam@selenefinance.com Jan 24 2019 23:36:38      Selene Finance Llc,
                 Po Box 422039,   Houston, TX 77242-4239
517089346      +E-mail/Text: bkteam@selenefinance.com Jan 24 2019 23:36:38      Selene Finance, LP,
                 9990 Richmond Ave., Ste. 400 South,   Houston, TX 77042-4546
517088434      +E-mail/Text: bkteam@selenefinance.com Jan 24 2019 23:36:38
                 U.S. Bank National Association, not in its individ,   C/O Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,   Houston TX 77042-4546
                                                                                               TOTAL: 19
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516810689*     +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516810690*     +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516810697*      Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
516810698*      Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
516810699*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Jan 24, 2019
                                  Form ID: 148             Total Noticed: 34


            ***** BYPASSED RECIPIENTS (continued) *****
516810700*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
517057826*      +Premier Bankcard, Llc,   Jefferson Capital Systems LLC Assignee,   Po Box 7999,
                   Saint Cloud Mn 56302-7999
516810708*      +Traf Group Inc/A-1 Collections,   2297 St Hwy 33,   Ste 906,   Hamilton Square, NJ 08690-1717
                                                                                             TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Joint Debtor Grace   McKeown aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor Denis M. McKeown aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Denis M. McKeown bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Joint Debtor Grace   McKeown bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE OF SW REO TRUST 2014-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SW REO TRUST 2014-1 rsolarz@kmllawgroup.com
              Sindi   Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE OF SW REO TRUST 2014-1 smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank National Association
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```